IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HERMAN KELLY, JR., # 153804, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>ARNOLD M HOLT, et al., )<br>)<br>  Defendants. ) | CIVIL ACTION NO. 2:04cv675-MEF<br>(WO) |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 43) filed herein on April 12, 2006, said Recommendation is hereby ADOPTED, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED with prejudice as the claim for relief is moot.

Done this 28th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE